JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MARIE ONATE-RUEZGA, ) | |
| ) | Case No. 1:14-cv-00734-GSA |
| Plaintiff,     ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v.                                                         ) | **TO FILE REPLY** |
| ) | |
| CAROLYN W. COLVIN,                      ) | |
| Acting Commissioner of Social Security, ) | (ECF No. 16) |
| ) | |
| Defendant,     ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to February 4, 2015, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel recently experienced prolonged health problems that caused a backlog in her workload, which counsel is in the process of resolving.


**Onate-Ruezga v. Colvin**                                                                                    Stipulation and Order
**E.D. Cal. 1:14-cv-00734-GSA**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                      Respectfully submitted,

Date:  January 30, 2015                      JACQUELINE A. FORSLUND
                                                      Attorney at Law


                                                       */s/Jacqueline A. Forslund*
                                                       JACQUELINE A. FORSLUND

                                                       Attorney for Plaintiff


Date:  January 30, 2015                      BENJAMIN J. WAGNER
                                                      United States Attorney
                                                       DONNA L. CALVERT
                                                       Regional Chief Counsel, Region IX
                                                       Social Security Administration


                                                       */s/\*Annabelle J. Yang*
                                                       ANNABELLE J. YANG
                                                       Special Assistant United States Attorney
                                                       *By email authorization

                                                       Attorney for Defendant

ORDER

      Based on the stipulation between the parties (ECF No. 16), the Court grants an extension of time for Plaintiff to file her Opening Brief. Plaintiff shall file her Opening Brief on or before February 4, 2015. Defendant shall file any opposition brief on or before March 6, 2015 and Plaintiff may file any reply brief on or before March 23, 2015.

IT IS SO ORDERED.

  Dated:   **February 2, 2015**                  **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE